CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 1 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| S. USA LIFE INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 7:18cv558 |
| | ) | |
| DANIEL B. SELNICK, | ) | By:   Michael F. Urbanski, |
| | ) |       Chief U.S. District Judge |
| Defendant. | ) | |

## ORDER

On January 11, 2019, Plaintiff gave notice of the voluntary dismissal of its complaint

without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 4.

Accordingly, the court **ORDERS** that Plaintiff's claims are hereby **DISMISSED**

**WITHOUT PREJUDICE.**

It is so **ORDERED**.

Entered:  01 - 11 - 2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge